UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

ABEEB K. BALOGUN,

                           Plaintiff,

              -against-

NEW YORK STATE DIVISION OF
HUMAN RIGHTS, *et al.*,

                          Defendants.

20-CV-10484 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, Plaintiff brings this action against the New York State Division of Human Rights ("NYSDHR") and six NYSDHR employees, and on December 11, 2020, the Clerk of Court issued summonses as to all Defendants. Dkt. Nos. 3-9.

    WHEREAS, by letter dated December 28, 2020, and received by the Court on January 8, 2021, Plaintiff informed the Court that he was unable to serve Defendants in-person at One Fordham Plaza, Bronx, New York -- the address of the NYSDHR office where he worked -- because the office is closed to the public. Plaintiff requests permission to serve Defendants by mail at their last known address, One Fordham Plaza, 4th Floor; Bronx, New York 10458 (the "One Fordham Plaza Address"). Dkt. No. 10.

    WHEREAS, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997); *accord Vasquez v. Doe(s)*, No. 20 Civ. 5851, 2020 WL 7043583 (S.D.N.Y. Dec. 1, 2020). It is hereby

    **ORDERED** that, Plaintiff's request for alternative service is **DENIED** because it is unclear that all Defendants will receive notice of this action from mail sent to the One Fordham Plaza Address. It is further

**ORDERED** that, in the alternative, the New York State Attorney General, who is the attorney for and agent of the NYSDHR, shall ascertain the addresses where each Defendant may be served and provide this information to Plaintiff and the Court **within 14 days of the date of this order**.  The Attorney General shall also notify Plaintiff and the Court whether any of the Defendants will accept service of the summons and complaint by mail to the One Fordham Plaza Address.

## CONCLUSION

The Clerk of Court is respectfully directed to mail a copy of this order and the complaint to the New York State Attorney General at: 28 Liberty Street, New York, NY 10005.

Plaintiff has consented to electronic service.  Dkt. No. 2.

Dated:   January 26, 2021
         New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE