UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABEEB K. BALOGUN,
                                Plaintiff,

            -against-

NEW YORK STATE DIVISION OF HUMAN
RIGHTS, et al.,
                              Defendants.
------------------------------------------------------------X

20 Civ. 10484 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Plaintiff filed a letter requesting permission to serve Defendants by mail at their last known address, One Fordham Plaza, 4th Floor; Bronx, New York 10458 (the "One Fordham Plaza Address"). Dkt. No. 10.

      WHEREAS, on January 26, 2021, the Court issued an Order denying Plaintiff's request for alternative service because it was unclear that all Defendants will receive notice of this action from mail sent to the One Fordham Plaza Address, and directing the New York State Attorney General to ascertain the addresses where each Defendant may be served and provide this information to Plaintiff and the Court by February 9, 2021. Dkt. No. 12.

      WHEREAS, Plaintiff filed a letter dated February 20, 2021, stating that he has not received any information from the Attorney General and requesting that the Court permit alternative service by e-mail to each Defendant and certified mail to the One Fordham Plaza Address. Dkt. No. 13. It is hereby

      **ORDERED** that, by **March 5, 2021**, the Attorney General shall ascertain the addresses where each Defendant may be served and provide this information to Plaintiff and the Court. It is further

      **ORDERED** that, Plaintiff's request for alternative service is **DENIED without prejudice to renewal**, pending the response from the Attorney General on March 5, 2021.

Plaintiff is reminded that if needed, he may move for an extension of time to serve Defendants.

The Clerk of Court is respectfully directed to mail a copy of this Order to the New York State Attorney General at: 28 Liberty Street, New York, NY 10005.  Plaintiff has consented to electronic service.  Dkt. No. 2.

Dated: February 26, 2021
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**