

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8528

April 27, 2021

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Balogun v. New York State Division of Human Rights, et al.,* 20-cv-10484 (LGS)

Dear Judge Schofield:

      This Office represents defendant New York State Division of Human Rights ("DHR") and the individually-named defendants ("Defendants") in this action.

      Defendants request an extension of time from May 5, 2021 to June 11, 2021 to respond or answer to the Complaint, dated December 11, 2020. This Office requests this time to permit exploration of the seven claims against each of the seven defendants. This is Defendants' first request for an extension of this deadline. Plaintiff Abeeb Balogun has consented to this request, and the parties jointly request an adjournment of the May 6, 2021 initial conference until a date and time after Defendants file their responses to the Complaint.

      Thank you for your time and consideration of this matter.

                    Respectfully submitted,

                    */s/ Elizabeth A. Figueira*
                    Elizabeth A. Figueira
                    Assistant Attorney General

cc:  Abeeb K. Balogun (*Pro se plaintiff*)
     via email: abeeb_balogun@hotmail.com

The application is **GRANTED in part**. Defendants' request for an extension of time to answer the complaint is granted. By **June 11, 2021**, Defendants shall answer, move or otherwise respond to the complaint. Defendants' request for an adjournment of the the initial pretrial conference is **DENIED**.

Dated: April 28, 2021
     New York, New York

                                  LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE