## CERTIFICATE OF SERVICE

This is to certify that on August 13, 2021, I caused to be served by email a copy of **PAINTIFF'S FIRST SETS OF INTERROGATORIES, REQUESTS FOR PRODUCTION AND REQUESTS FOR ADMISSIONS** on Defendants' Attorney, Miranda R. Onnen in the matter of *Abeeb Balogun v. New York State Division of Human Rights, et al.*, 20-cv-10484 (LGS) at the following email address.

        Miranda R. Onnen
        Miranda.Onnen@ag.ny.gov

Dated: August 13, 2021

        Abeeb Balogun
        Pro Se Plaintiff