UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ABEEB K. BALOGUN,

                Plaintiff,

-against-

NEW YORK STATE DIVISION OF HUMAN
RIGHTS et al.,

                Defendants.
------------------------------------------------------------X

20 Civ. 10484 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order a status letter was due on August 13, 2021.  Dkt. No. 41.

        WHEREAS, no such status letter was filed.  It is hereby

        **ORDERED** that, by **August 19, 2021**, the parties shall file a joint status letter.

Dated: August 16, 2021
       New York, New York

                                      LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE