UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ABEEB K. BALOGUN,

                Plaintiff,

-against-

NEW YORK STATE DIVISION OF HUMAN
RIGHTS et al.,

                Defendants.
------------------------------------------------------------ X

20 Civ. 10484 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, pursuant to the Second Amended Civil Case Management Plan and Scheduling Order a status letter was due on November 12, 2021.  (Dkt. No. 68.)

       WHEREAS, no such status letter was filed.  It is hereby

       **ORDERED** that by **November 17, 2021**, the parties shall file a joint status letter.

Dated: November 15, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE