**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ABEEB K. BALOGUN,

                        Plaintiff,

    -against-                                      20 **CIVIL** 10484 (LGS)

### **JUDGMENT**

NEW YORK STATE DIVISION OF
HUMAN RIGHTS, et al.,

                        Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 16, 2022, Defendants' motion for summary judgment is granted as to the Title VII discrimination, hostile work environment and retaliation claims. The state law claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      September 16, 2022

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                           **Clerk of Court**

                                **BY:**          K. Mango

                                                           _____
                                                           **Deputy Clerk**